IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kevin Phillips, ) | |
| ) | |
| *Plaintiff,* ) | |
| -vs- ) | No. 12 CV _____ |
| ) | |
| Chicago Police Officers Jose Duran, ) | *(jury demand)* |
| #13930 and Anthony Ceja, #3161, ) | |
| ) | |
| *Defendants.* ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Kevin Phillips is a resident of the Northern District of Illinois.

3. Defendants Jose Duran #13930 and Anthony Ceja, #3161, were at all times relevant police officers employed by the City of Chicago. Plaintiff sues Duran and Ceja in their individual capacity.

4. On May 3, 2011, plaintiff was lawfully walking on a in the City of Chicago when he was arrested by defendants Duran and Ceja.

5. Defendants Duran and Ceja had not observed plaintiff commit an offense and were not aware of any facts that could have caused a reasonable police officer to believe that it was lawful to arrest plaintiff.

6. After placing plaintiff under arrest, defendants Bell and Johnson caused plaintiff to be falsely imprisoned until June 2, 2011, when plaintiff was formally charged with an offense.

7. Plaintiff was unreasonably deprived of his liberty and incurred other damages as a result of the above described wrongdoing.

8. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered against defendants in an amount in excess of fifty thousand dollars as compensatory damages and in an appropriate amount as punitive damages.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430
(312) 427-3200
*Attorney for Plaintiff*